IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 7 2023

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23-271 DHU |
| vs. | ) 18 U.S.C. §§ 1153 and 1111: Second Degree Murder. |
| **MORRIE LEE BEGAYE**, | ) |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges:

On or about June 26, 2022, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **MORRIE LEE BEGAYE**, an Indian, unlawfully killed John Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney